IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOSE L. CINTRON,
        Petitioner,
    v.                                    **Judgment in a Civil Case**
UNITED STATES OF AMERICA; TRACY
W. JOHNS,
        Respondents.               Case Number: 5:10-HC-2225-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on December 23, 2011, with service on:
Jose L. Cintron  03608-087, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S. Mail)
Christina A. Kelley (via CM/ECF Notice of Electronic Filing)

December 23, 2011                                            /s/ Dennis P. Iavarone
                                                                             Clerk

Raleigh, North Carolina